**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01107-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**XAVIER GARCIA, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-33069**

### ORDER

The State's motion for a 60-day extension of time to file its brief is **GRANTED** in part in that we grant the State a 30-day extension, and we **ORDER** the State's brief filed on or before February 9, 2023.

/s/    DENNISE GARCIA
           JUSTICE